UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CASEY HARMON,

Plaintiff,

v.

BLAIR LACHMAN et al.,

Defendants.
_________________________________/

Case No: 1:25-cv-1427

HON. ROBERT J. JONKER

**ORDER APPROVING AND ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on August 18, 2026 (ECF No. 39). The Report and Recommendation was duly served on the parties, and no objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 39) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motions to Dismiss (ECF Nos. 15, 18, 21) are **GRANTED** and Plaintiff's Motion for Summary Judgment (ECF No. 25) is **DENIED**, the complaint is **DISMISSED** and the case **TERMINATED**.

Dated: September 9, 2026

/s/ Robert J. Jonker
ROBERT J. JONKER
UNITED STATES DISTRICT JUDGE